IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:**  Howard, Robert | Case Number:  05 B 47999 |
| | Judge:  Hollis, Pamela S |
| Printed: 01/06/09 | Filed:  10/11/05 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:   Dismissed: November 24, 2008
Confirmed: November 28, 2005

## SUMMARY OF RECEIPTS & DISBURSEMENTS

| | Receipts | Disbursements |
|---|---:|---:|
| | 14,714.60 | |
| Secured: | | 2,983.79 |
| Unsecured: | | 8,165.57 |
| Priority: | | 0.00 |
| Administrative: | | 2,700.00 |
| Trustee Fee: | | 865.24 |
| Other Funds: | | 0.00 |
| Totals: | 14,714.60 | 14,714.60 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---:|---:|
| 1. | Stefans Stefans & Stefans | Administrative | 2,700.00 | 2,700.00 |
| 2. | Washington Mutual Home Loan | Secured | 0.00 | 0.00 |
| 3. | Washington Mutual Home Loan | Secured | 2,528.70 | 329.56 |
| 4. | City Of Chicago | Secured | 570.00 | 570.00 |
| 5. | Union Auto Sales | Secured | 2,084.23 | 2,084.23 |
| 6. | Quick Payday | Unsecured | 460.00 | 455.26 |
| 7. | City Of Chicago Dept Of Revenue | Unsecured | 930.00 | 920.42 |
| 8. | Union Auto Sales | Unsecured | 65.45 | 64.78 |
| 9. | Capital One | Unsecured | 721.39 | 713.96 |
| 10. | Capital One | Unsecured | 362.09 | 358.36 |
| 11. | Peoples Energy Corp | Unsecured | 3,499.29 | 0.00 |
| 12. | Illinois Bell Telephone Company | Unsecured | 612.69 | 606.38 |
| 13. | ER Solutions | Unsecured | 826.82 | 0.00 |
| 14. | Swiss Colony | Unsecured | 137.41 | 135.99 |
| 15. | Resurgent Capital Services | Unsecured | 2,464.76 | 2,439.37 |
| 16. | Midnight Velvet | Unsecured | 278.46 | 275.59 |
| 17. | Weblink Wireless | Unsecured | 26.65 | 26.40 |
| 18. | Capital One Auto Finance | Unsecured | 2,191.64 | 2,169.06 |
| 19. | AT&T Wireless | Unsecured | | No Claim Filed |
| 20. | Getsmart Visa Card | Unsecured | | No Claim Filed |
| 21. | Bank First | Unsecured | | No Claim Filed |
| 22. | Cross Country Bank | Unsecured | | No Claim Filed |
| 23. | AT&T Wireless | Unsecured | | No Claim Filed |
| 24. | Commonwealth Edison | Unsecured | | No Claim Filed |
| 25. | Fingerhut | Unsecured | | No Claim Filed |
| 26. | First National Credit Card | Unsecured | | No Claim Filed |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| IN RE: | Howard, Robert | Case Number: 05 B 47999 |
| | | Judge: Hollis, Pamela S |
| | Printed: 01/06/09 | Filed: 10/11/05 |

## DISBURSEMENT DETAIL

| # | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 27. | Commonwealth Edison | Unsecured | | No Claim Filed |
| 28. | Dish Network | Unsecured | | No Claim Filed |
| 29. | First Premier | Unsecured | | No Claim Filed |
| 30. | Arrow Financial Services | Unsecured | | No Claim Filed |
| 31. | First Premier | Unsecured | | No Claim Filed |
| 32. | Friend Family Health | Unsecured | | No Claim Filed |
| 33. | Household Card Services | Unsecured | | No Claim Filed |
| 34. | Prodigy Communications | Unsecured | | No Claim Filed |
| 35. | One Click Cash | Unsecured | | No Claim Filed |
| 36. | Nwa Federal Credit Union | Unsecured | | No Claim Filed |
| 37. | Orchard Bankcard Services | Unsecured | | No Claim Filed |
| 38. | Worldcom Wireless | Unsecured | | No Claim Filed |
| 39. | Quick Payday | Unsecured | | No Claim Filed |
| 40. | Quick Payday | Unsecured | | No Claim Filed |
| 41. | SBC | Unsecured | | No Claim Filed |
| 42. | Z-Tel Communications Inc | Unsecured | | No Claim Filed |
| 43. | Pay Day OK | Unsecured | | No Claim Filed |
| 44. | Royal Legacy Visa | Unsecured | | No Claim Filed |
| | | | $ 20,459.58 | $ 13,849.36 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 5.5% | 119.93 |
| 5% | 48.47 |
| 4.8% | 100.79 |
| 5.4% | 93.95 |
| 6.5% | 502.10 |
| | $ 865.24 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

